| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, #288639 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
RUBEN BARKSDALE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:12-cr-00445 TLN |
| Plaintiff, | STIPULATION AND ORDER |
| | TO CONTINUE STATUS CONFERENCE |
| v. | |
| ALFRED TRIBBEY and | |
| RUBEN BARKSDALE, | |
| | Date: June 20, 2013 |
| Defendants. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

The parties request that the status conference in this case be continued from May 16, 2013, to June 20, 2013 at 9:30 a.m. They stipulate that the time between May 16, 2013 and June 20, 2013 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T-4. Specifically, defense counsel needs additional time to investigate the facts of the case, review the evidence and to negotiate a resolution to this matter. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

| | | |
|---|---|---|
| Dated: May 14, 2013 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Douglas Beevers*<br>DOUGLAS BEEVERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>RUBEN BARKSDALE |
| Dated: May 14, 2013 | | */s/ Linda Parisi*<br>LINDA PARISI<br>Attorney for Defendant<br>ALFRED TRIBBEY |
| Dated: May 14, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ Jason Hitt*<br>JASON HITT<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for May 16, 2013, be continued to June 20, 2013, at 9:30 a.m. Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, to and including, the June 20, 2013, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

**IT IS SO ORDERED.**

Dated: May 15, 2013

Troy L. Nunley
United States District Judge