LINDA M. PARISI
LAW OFFICES OF WING & PARISI
1101 E Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorney for Alfred Tribbey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-445 TLN |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| Alfred Tribbey and Ruben Barksdale, | |
| Defendant. | |

Defendant Alfred Tribbey, by and through Linda M. Parisi, his counsel of record, Defendant Ruben Barksdale by and through his counsel of record, Douglas Beevers, and plaintiff, by and through its counsel, Jason Hitt hereby stipulate as follows:

1.     By previous order, this matter was set for status on December 5, 2013.

2.     By this stipulation, the defendants now moves to continue the status conference until February 13, 2014, at 9:30 a.m. and to exclude time between December 5, 2013 and February 14, 2014 under Local Code T4. The United States does not oppose this request.

3.     The parties agree and stipulate, and request that the Court find the following:

    a.     The United States has represented that the discovery associated with this case includes investigative reports and related documents.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1    b.     Counsel for Mr. Tribbey and Mr. Barksdale need additional time to consult, to review
2  discovery,  conduct investigation and to discuss potential resolutions.

3    c.     Counsel for defendants  Mr. Tribbey and Mr. Barksdale believe that failure to grant
4  the above-requested continuance would deny them the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.

6    d.     The United  States Attorney agrees to the continuance.

7    e.     All counsel agrees to the continuance.

8    f.     Based on the above-stated findings, the ends of justice served by continuing the case
9  as requested outweigh the interest of the public and the defendant in a trial within the original date
10  prescribed by the Speedy Trial Act.

11    g.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et
12  seq., within which trial must commence, the time period of    December 5, 2013, to February 13,
13  2014,  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4]
14  because it results from a continuance granted by the Court at defendant's request on the basis of the
15  Court's finding that the ends of justice served by taking such action outweigh the best interest of the
16  public and the defendant in a speedy trial.

17    4.     Nothing in this stipulation and order shall preclude a finding that other provisions  of
18  the Speedy Trial Act dictate that additional time periods are excludable from the period within which
19  a trial must commence.

20    IT IS SO STIPULATED.

21    Dated:  December 3, 2013        BENJAMIN B. WAGNER
22                         United States Attorney

23               By:   /s/ Linda M. Parisi by e-mail authorization

24                         JASON HITT
25                         Assistant U.S. Attorney
                          For the United States

26

27

28

2

Dated: December 3, 2013

LAW OFFICES OF WING & PARISI

By: /s/ Linda M. Parisi

LINDA PARISI,
Attorney for the Defendant Alfred Tribbey

Dated: December 3, 2013

LAW OFFICES OF Douglas Beevers

By: /s/ Linda M. Parisi by e-mail authorization

DOUGLAS BEEVERS
For the Defendant
RUBEN CHANDLER BARKSDALE

3

1  LINDA M. PARISI
   LAW OFFICES OF WING & PARISI
2  1101 E Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:   (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Alfred Tribbey

6

7

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:12-CR-445 TLN

12                        Plaintiff,       **ORDER**

13  v.

14  Alfred Tribbey and Ruben Barksdale,

15                        Defendant.

16

17

18          Based on the reasons set forth in the stipulation of the parties filed on December 3, 2013, and

19  good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS

20  HEREBY ORDERED that the status conference currently set for December 5, 2013, be vacated and

21  that a status conference be set for Thursday, February 13, 2014, at 9:30 a.m. The Court finds that the

22  ends of justice to be served by granting a continuance outweigh the best interests of the public and

23  the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated

24  in the parties' December 3, 2013 stipulation, the time within which the trial of this matter must be

25

26          ///

27          ///

28

                                              4

    Stipulation and Order for Continuance of Status
    Hearing and for Exclusion of Time

commenced under the Speedy Trial Act is excluded during the time period of December 5, 2013, through and including February 13, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

Dated: December 4, 2013

_____
Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

5